### (November 30, 1979)

■ In the Matter of ALTON G. DUNN, JR., for Reinstatement as an Attorney and Counselor at Law.—Application for reinstatement by petitioner, who was suspended from the practice of law for a period of three months by order dated March 23, 1979 [68 AD2d 962]. Application granted and petitioner reinstated as an attorney and counselor at law upon entry of an order in accordance herewith. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.